IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collins, Roland | Case Number: 07 B 21285 |
|---|---|---|
|  | Collins, Elaine | Judge: Hollis, Pamela S |
|  | Printed: 11/11/08 | Filed: 11/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: April 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,473.90 |  |
| Secured: |  | 7,008.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 465.40 |
| Other Funds: |  | 0.00 |
| Totals: | 7,473.90 | 7,473.90 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HFC | Secured | 0.00 | 0.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | HFC | Secured | 0.00 | 0.00 |
| 4. | Housing & Urban Development | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 16,493.65 | 970.08 |
| 6. | Santander Consumer USA | Secured | 13,147.76 | 2,695.62 |
| 7. | Bank Of America | Secured | 20,933.00 | 3,342.80 |
| 8. | Illinois Dept of Revenue | Priority | 944.73 | 0.00 |
| 9. | Internal Revenue Service | Priority | 4,592.64 | 0.00 |
| 10. | Nicor Gas | Unsecured | 250.22 | 0.00 |
| 11. | Bankers Life & Casualty Co | Unsecured | 646.07 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 6,158.85 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 183.24 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 419.71 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 40.76 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 152.10 | 0.00 |
| 17. | American-Amicable Life Ins. Co Of TX | Unsecured |  | No Claim Filed |
| 18. | HSN Credit Dept | Unsecured |  | No Claim Filed |
| 19. | DHL Express (USA) | Unsecured |  | No Claim Filed |
| 20. | AOL | Unsecured |  | No Claim Filed |
| 21. | Hydroxatone | Unsecured |  | No Claim Filed |
| 22. | Village of Maywood | Unsecured |  | No Claim Filed |
| 23. | Village of Maywood | Unsecured |  | No Claim Filed |
| 24. | RH Donnelley | Unsecured |  | No Claim Filed |
|  |  |  | $ 63,962.73 | $ 7,008.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Roland<br>Collins, Elaine<br>Printed: 11/11/08 | Case Number:  07 B 21285<br>Judge:  Hollis, Pamela S<br>Filed:  11/13/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 100.25 |
| 6.5% | 365.15 |
| | $ 465.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

